THOMAS A. McGEE, Respondent, *v.* GEORGE W. FELTER,·
Appellant.

*McGee* v. *Felter*, 154 App. Div. 957, affirmed.
(Submitted November 10, 1914; decided March 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 19, 1913, affirming a judgment in favor of plaintiff, entered upon a decision of the Kings County Court at a Trial Term without a jury in an action to recover upon a promissory note alleged to have been given in payment of the first premium on certain life insurance policies. The action was defended on the ground that the application for life insurance and the making of the note in question were induced by false and fraudulent representations of plaintiff's assignee.

*William Stanley Miller* for appellant.

*Karl R. Miner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.